1410

**92–1293.** State v. Brown. *Clermont County*, No. CA91–08–056. On motion for leave to file notice of appeal instanter. Motion granted.

**92–1298.** State v. Swindler. *Franklin County*, No. 90AP–1094. On motion for leave to file delayed appeal. Motion denied.

**92–1384.** State v. Dunn. *Hamilton County*, No. C–890421. On motion for leave to file delayed appeal. Motion denied.

Douglas, H. Brown and Resnick, JJ., dissent.

**92–1390.** State v. Grimes. *Champaign County*, No. 90–CA–26. On motion for leave to file delayed appeal. Motion granted.

**92–1391.** Dayton Bar Assn. v. Susser. On motion for extension of time to respond to show cause order. Motion granted.

**92–1393.** State v. Azizhakim. *Cuyahoga County*, No. 63510. On motion for leave to file delayed appeal. Motion granted.

Wright, J., dissents.

**92–1395.** Coleman v. Brown. *Cuyahoga County*, No. 60414. On motion to reconsider denial of extension and motion for leave to file memorandum in support instanter. Motions denied.

**92–1405.** State v. McIntyre. *Summit County*, No. 15348. On motion for stay. Motion denied.

**92–1413.** State v. Appling. *Cuyahoga County*, No. 60177. On motion for leave to file delayed appeal. Motion granted.

Resnick, J., dissents.

**92–1427.** State v. Chamberlain. *Cuyahoga County*, No. 58949. On motion for leave to file delayed appeal. Motion granted.

**92–1440.** State v. Key. *Franklin County*, No. 91AP–1517. On motion to consolidate with 92–1254, *State v. Key*, Franklin County, No. 91AP–1519. Motion denied.

**92–1458.** State v. Tribble. *Montgomery County*, No. 12947. On motion for leave to file delayed appeal, motion to certify the record, and motion for delayed reconsideration. Motions denied.

**92–1493.** Klensch v. Klensch. *Hamilton County*, No. C–910054. On motion for leave to file notice of appeal and memorandum in support instanter. Motion denied.

Wright, J., would dismiss the cause.

**92–1499.** State v. Blevins. *Washington County*, No. 88–CA–26. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., and Resnick, J., dissent.

**92–1510.** State v. Collins. *Hocking County*, No. 91–CA–17. On motion to withdraw as counsel. Motion granted.

Wright, J., would appoint the Ohio Public Defender.

## JURISDICTIONAL MOTIONS ALLOWED

**92–677.** Fogle v. Cessna Aircraft Co. *Franklin County*, No. 90AP–977.

Moyer, C.J., and Resnick, J., dissent.

H. Brown, J., not participating.

**92–742.** Garrett v. Sandusky. *Erie County*, No. E–91–5. On motion and cross-motion to certify the record. Motions allowed.

Sweeney and Wright, JJ., dissent.

On motion for leave to withdraw as counsel. Motion granted.